JUDGE RAKOFF

'08 CIV 6855



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONOPCO, INC.

            Plaintiff,

  -against-

PHOENIX BRANDS LLC,

            Defendant.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Conopco, Inc. states that Conopco, Inc. is an indirect subsidiary of Unilever, NV and Unilever PLC, both of which are publicly traded companies.

Dated: July 31, 2008
      New York, New York

                                DAVIS & GILBERT LLP

                                Neal H. Klausner
                                nklausner@dglaw.com
                                James R. Levine
                                jlevine@dglaw.com
                                1740 Broadway
                                New York, NY 10019
                                (212) 468-4800
                                *Attorneys for Plaintiff Conopco, Inc.*